AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED
DEC 21 2019
David J. Bradley, Clerk

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Axel Anibal Pacheco-Anariba

**CRIMINAL COMPLAINT**

Case Number: M-19-3123-M

IAE YOB: 1997
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 19, 2019** in **Starr** County, in the **Southern** District of **Texas**
(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Axel Anibal Pacheco-Anariba was encountered by Border Patrol Agents near Roma, Texas on December 19, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 19, 2019, near Roma, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on November 7, 2018 through Phoenix, Arizona. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 29, 2017 the defendant was convicted of Controlled Substance-Possession With Intent and sentenced to four (4) years confinement and four (4) years probation.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on December 21, 2019.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

/S/ Mickel Gonzalez
Signature of Complainant

Mickel Gonzalez
Printed Name of Complainant

December 21, 2019        12:02 p.m.
Date

Peter E Ormsby        , U.S. Magistrate Judge
Name and Title of Judicial Officer

*Pete E Ormsby*
Signature of Judicial Officer